COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Irby Giles Allison v. The State of Texas

Appellate case number:  01-19-00909-CR

Trial court case number:  2019R-0088

Trial court:  155th District Court of Austin County

After a jury trial, appellant, Irby Giles Allison, was convicted of driving while intoxicated. Appellant timely filed a notice of appeal of his conviction. On August 4, 2020, on motion by appellant, we ordered the court reporter for the 155th District Court file a supplemental reporter's record to include State's trial Exhibit 1, "a flash drive containing the dash cam video of the traffic stop and DWI investigation."

The State has filed a "Motion to Supplement the Reporter's Record with State's Exhibit 1 from the Pretrial Hearing." According to the State's motion, during a pretrial hearing, the State offered a DVD containing video and audio footage of the traffic stop at issue. State's Exhibit 1 from the pretrial hearing was admitted by the trial court. While the State's pretrial Exhibit 1 and trial Exhibit 1 "display the exact same footage and audio of the traffic stop," the pretrial exhibit "displayed a prominent technical fault."

According to the State's motion, this technical problem was corrected, and does not exist with the flash drive admitted as State's trial Exhibit 1. However, the motion goes on to state that "the technical problem" in the pretrial Exhibit 1 "is relevant to the State's argument on appeal." More than ten days have passed and appellant has not expressed opposition to the relief requested by the State's motion.

Accordingly, we **grant** the State's motion and **order** that the official court reporter, or substitute court reporter, for the 155th District Court prepare, certify, and file a supplemental reporter's record including a certified copy of the dash camera video included in State's pretrial Exhibit 1. *See* TEX. R. APP. P. 34.6(d). **The supplemental reporter's record is due to be filed in this Court within 15 days of the date of this order.**

It is so ORDERED.

Judge's signature:    /s/ Terry Adams_____

                    ☑ Acting individually     ☐ Acting for the Court

Date:   __September 17, 2020_____